UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS D. COLVARD,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO SHERIFFS DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:13-cv-2050-EFB P<br><br><br>ORDER |

After this civil rights action was closed and judgment duly entered, *see* ECF Nos. 5, 8, plaintiff filed a motion to rescind restitution order on February 18, 2014, ECF No. 9.  The court takes no action on plaintiff's filing as this case is now closed and the Clerk is directed to terminate docket entry number 9.  Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: February 20, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE